# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INSURANCE CO.,<br><br>  Plaintiff,<br><br>  v.<br><br>DRIVEWAY SOFTWARE CORP., and others,<br><br>  Defendants. | Case No. 15-cv-04209 NC<br><br>**ORDER RE: CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 25 |

The Court has reviewed the Joint Case Management Conference Statement filed by the parties and is inclined to rule on case management issues as follows:  (1) adopt the case schedule proposed by Allstate, because the trial date in November 2016 proposed by defendants will conflict with the Court's criminal duties; (2) deny defendants' request for a temporary stay, for lack of good cause; (3) refer the case to mediation through the Court's ADR unit, to be completed by Feb. 29, 2016; (4) set a deadline of Jan. 8, 2016, for the filing of proposed discovery protective order(s) and stipulated ESI order; and (5) set a further CMC for March 9, 2016, 10:00 a.m., with updated CMC statement due March 2.

The Court will vacate the December 16 CMC and issue this as the case schedule

Case No. 15-cv-04209 NC
CASE MANAGEMENT ORDER

unless either party wishes to keep the CMC on calendar as scheduled.  Any party wishing to keep the CMC on calendar must notify opposing counsel and the Courtroom Deputy [408.535.5343] by noon on December 14.

IT IS SO ORDERED.

Date:  December 11, 2015

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 15-cv-04209 NC
CASE MANAGEMENT ORDER       2