UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>DRIVEWAY SOFTWARE CORPORATION, et al.,<br><br>    Defendants. | Case No. 15-cv-04209 NC<br><br>**ORDER RE: CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 25 |

The Court sets the following case management schedule: (1) adopts the case schedule proposed by Allstate; (2) denies defendants' request for a temporary stay, for lack of good cause; (3) refers the case to mediation through the Court's ADR unit, to be completed by Feb. 5, 2016; and (4) sets a further CMC for March 9, 2016, 10:00 a.m., with updated CMC statement due March 2.

**IT IS SO ORDERED.**

Dated: December 16, 2015                         _____
                                                                    NATHANAEL M. COUSINS
                                                                    United States Magistrate Judge

Case No. 15-cv-04209 NC