Peter L. Haviland (State Bar No. 144967)
Scott S. Humphreys (State Bar No. 298021)
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400
havilandp@ballardspahr.com
humphreyss@ballardspahr.com

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY

Andrew P. Bridges (State Bar No. 122761)
Jedediah Wakefield (State Bar No. 178058)
Eric Ball (State Bar No. 241327)
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
abridges@fenwick.com
jwakefield@fenwick.com
eball@fenwick.com

Attorneys for Defendants
DRIVEWAY SOFTWARE CORPORATION,
JAKE DINER a/k/a YAKOV DINER, and
IGOR KATSMAN

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>DRIVEWAY SOFTWARE CORPORATION, a Delaware Corporation; JAKE DINER a/k/a YAKOV DINER, an individual; IGOR KATSMAN, an individual; and DOES 1 through 20, inclusive.<br><br>　　　　　Defendants. | Case No. 5:15-cv-04209-NC<br><br>**STIPULATION AND ORDER RE: SETTLEMENT AND 60-DAY STAY OF PROCEEDINGS**<br><br>Judge: Hon. Nathanael M. Cousins<br><br>Complaint Filed: Sept. 15, 2015 |

Plaintiff Allstate Insurance Company and Defendants Driveway Software Corporation, Jake Diner and Igor Katsman (collectively, the "Parties") stipulate and agree as follows:

1. Following a Court-ordered ADR process with the Court's ADR Mediator Tamara Lange, the Parties have agreed to a fully executed Settlement Agreement resolving the captioned matter (the "Action").

2. The Settlement Agreement requires that certain terms be satisfied by Defendants within the next sixty (60) days, and, upon satisfaction of those terms, Plaintiff will file a dismissal with prejudice of the Action.

3. The Settlement Agreement calls for the Parties to jointly request – and the Parties do hereby so request – that this Court stay all proceedings for sixty (60) days, and vacate any pending deadlines during that sixty-day period, to permit satisfaction of the terms of the Settlement Agreement and submission of the dismissal with prejudice.  The Parties also jointly request that the Court set a Status Conference on or about April 27, 2016, which Status Conference shall be vacated if the dismissal with prejudice has been filed as anticipated in the Settlement Agreement by that date.

DATED:  February 22, 2016         **BALLARD SPAHR LLP**

By:   */s/ Scott S. Humphreys*
       Scott S. Humphreys

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY

DATED:  February 22, 2016         **FENWICK & WEST LLP**

By:   */s/ Eric Ball*
       Andrew P. Bridges
       Jedediah Wakefield
       Eric Ball

Attorneys for Defendants
DRIVEWAY SOFTWARE CORPORATION,
JAKE DINER, and IGOR KATSMAN

The filer of this document attests that concurrence in the filing of the document has been obtained from each of the other Signatories which shall serve in lieu of their signatures on the document.

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4400

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

3 | DATED:  February 22, 2016    _____
            The Honorable Nathanael M. Cousins
            United States District Court Magistrate Judge



3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of February, 2016, I electronically filed a true and correct copy of the foregoing STIPULATION AND [PROPOSED] ORDER RE: SETTLEMENT AND 60-DAY STAY OF PROCEEDINGS with the Clerk of the Court using the CM/ECF system, which will cause same to be served on all parties through their counsel of record.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 22, 2016 at Los Angeles, California.

/s/ *Scott S. Humphreys*
Scott S. Humphreys

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

4
STIPULATION AND ORDER
RE: SETTLEMENT AND 60-DAY STAY OF PROCEEDINGS
CASE NO. 5:15-CV-04209-NC