| | |
|---|---|
| PETER L. HAVILAND (SBN 144967) | ANDREW P. BRIDGES (SBN 122761) |
| havilandp@ballardspahr.com | abridges@fenwick.com |
| SCOTT S. HUMPHREYS (SBN 298021) | JEDEDIAH WAKEFIELD (SBN 178058) |
| humphreyss@ballardspahr.com | jwakefield@fenwick.com |
| BALLARD SPAHR LLP | FENWICK & WEST LLP |
| 2029 Century Park East, Suite 800 | 555 California Street, 12th Floor |
| Los Angeles, CA  90067-2909 | San Francisco, CA 94104 |
| Telephone: 424.204.4400 | Telephone: 415.875.2300 |
| Facsimile: 424.204.4350 | Facsimile: 415.281.1350 |

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY

ERIC BALL (SBN 241327)
eball@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:  650.988.8500
Facsimile:  650.938.5200

Attorneys for Defendants
DRIVEWAY SOFTWARE CORPORATION,
JAKE DINER a/k/a YAKOV DINER, and
IGOR KATSMAN

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>    v.<br><br>DRIVEWAY SOFTWARE CORPORATION, a Delaware Corporation; JAKE DINER a/k/a YAKOV DINER, an individual; IGOR KATSMAN, an individual; and DOES 1 through 20, inclusive.<br><br>            Defendants. | Case No.  5:15-cv-04209-NC<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE**<br><br>[~~Proposed~~] Order Submitted Herewith<br><br>Judge:     Hon. Nathanel M. Cousins<br>Date:       April 27, 2016<br>Time:      10:00 am<br>Place:      Courtroom 7, 4th Floor |

Plaintiff Allstate Insurance Company ("Allstate") and Defendants Driveway Software Corporation, Jake Diner a/k/a Yakov Diner, and Igor Katsman ("Defendants") ("the Parties") hereby respectfully submit this Joint Status Report and Request to Continue the Status Conference set for April 27, 2016 at 10:00 a.m.

The Parties are continuing to address certain issues regarding their Settlement Agreement and therefore respectfully request that the Court continue the Status Conference by one week, to May 4, 2016, at 10:00 a.m., or as soon thereafter as is convenient for the Court, which Status Conference shall be vacated if a dismissal with prejudice has been filed by that date. The Parties further request that counsel be permitted to appear telephonically at the Status Conference if necessary.

Respectfully submitted:

DATED: April 26, 2016              BALLARD SPAHR LLP

                                   By:   /s/ *Scott S. Humphreys*
                                         Peter L. Haviland
                                         Scott S. Humphreys

                                   Attorneys for Plaintiff
                                   ALLSTATE INSURANCE COMPANY

DATED: April 26, 2016              FENWICK & WEST LLP

                                   By:   */s/ Eric Ball*
                                         Andrew P. Bridges
                                         Jedediah Wakefield
                                         Eric Ball

                                   Attorneys for Defendants
                                   DRIVEWAY SOFTWARE CORPORATION,
                                   JAKE DINER a/k/a YAKOV DINER, and
                                   IGOR KATSMAN

                                   The filer of this document attests that concurrence in the filing of the document has been obtained from each of the other Signatories which shall serve in lieu of their signatures on the document.

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4400

1   **[PROPOSED] ORDER**

2   Pursuant to the Parties' joint request, the Status Conference set for April 27, 2016 is hereby
3   continued to _____May 4_____, 2016 at __10:00 a.m__.  Counsel may appear
4   telephonically at the Status Conference.   Joint case management statement or dismissal due
5   May 3 noon. Further continuances discouraged.

6   **IT IS SO ORDERED**

8   DATED: _____April 26, 2016_____    _____
9                                      The Honorable Nathanael M. Cousins
                                       United States Magistrate Judge



GRANTED
Judge Nathanael M. Cousins

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4400