PETER L. HAVILAND (SBN 144967)
havilandp@ballardspahr.com
SCOTT S. HUMPHREYS (SBN 298021)
humphreyss@ballardspahr.com
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4400
Facsimile: 424.204.4350

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY

ANDREW P. BRIDGES (SBN 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (SBN 178058)
jwakefield@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

ERIC BALL (SBN 241327)
eball@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:  650.988.8500
Facsimile:  650.938.5200

Attorneys for Defendants
DRIVEWAY SOFTWARE CORPORATION,
JAKE DINER a/k/a YAKOV DINER, and
IGOR KATSMAN

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>DRIVEWAY SOFTWARE CORPORATION,<br>a Delaware Corporation;<br>JAKE DINER a/k/a YAKOV DINER, an<br>individual; IGOR KATSMAN, an individual;<br>and DOES 1 through 20, inclusive.<br><br>　　　　　　　　Defendants. | Case No.  5:15-cv-04209-NC<br><br>**JOINT STATUS REPORT AND SECOND REQUEST TO CONTINUE STATUS CONFERENCE**<br><br>[Proposed] **Order Submitted Herewith**<br><br>Judge:　　Hon. Nathanel M. Cousins<br>Date:　　　May 4, 2016<br>Time:　　　10:00 am<br>Place:　　　Courtroom 7, 4th Floor |

Plaintiff Allstate Insurance Company ("Allstate") and Defendants Driveway Software Corporation, Jake Diner a/k/a Yakov Diner, and Igor Katsman ("Defendants") ("the Parties") hereby respectfully submit this Joint Status Report in advance of the Status Conference set for May 4, 2016 at 10:00 a.m.

The Parties, both separately and jointly, have had discussions with the ADR mediator, Tamara Lange, to narrow their differences over interpretation of requirements under the Settlement Agreement. The Parties respectfully request one additional week -- until May 11, 2016 -- to finalize those discussions, with, as necessary, further assistance from Tamara Lange. The Court has granted one previous one-week extension.

Respectfully submitted:

DATED: May 3, 2016                     BALLARD SPAHR LLP

                                       By:   /s/ *Scott S. Humphreys*
                                             Peter L. Haviland
                                             Scott S. Humphreys

                                       Attorneys for Plaintiff
                                       ALLSTATE INSURANCE COMPANY

DATED: May 3, 2016                     FENWICK & WEST LLP

                                       By:   */s/ Eric Ball*
                                             Andrew P. Bridges
                                             Jedediah Wakefield
                                             Eric Ball

                                       Attorneys for Defendants
                                       DRIVEWAY SOFTWARE CORPORATION,
                                       JAKE DINER a/k/a YAKOV DINER, and
                                       IGOR KATSMAN

                                       The filer of this document attests that concurrence in the filing of the document has been obtained from each of the other Signatories which shall serve in lieu of their signatures on the document.

1 **[PROPOSED] ORDER**

2  Pursuant to the Parties' joint request, the Status Conference set for May 4, 2016 is hereby

3 continued to _____ May 11 _____, 2016 at ___10:00 a.m.___. Counsel may appear

4 telephonically at the Status Conference. Counsel must contact the Courtroom Deputy at

5 408.535.5343 to provide a direct dial number for this appearance.

6  **IT IS SO ORDERED**

8  DATED: ___May 3, 2016___   _____
    The Honorable Nathanael M. Cousins
9   United States District Court Judge



Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of May, 2016, I electronically filed a true and correct copy of the foregoing JOINT STATUS REPORT AND SECOND REQUEST TO CONTINUE STATUS CONFERENCE using the CM/ECF system, which will cause same to be served on all parties through their counsel of record.

/s/ *Scott S. Humphreys*
Scott S. Humphreys

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4400