Peter L. Haviland (State Bar No. 144967)
Scott S. Humphreys (State Bar No. 298021)
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400
havilandp@ballardspahr.com
humphreyss@ballardspahr.com

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY

Andrew P. Bridges (State Bar No. 122761)
Jedediah Wakefield (State Bar No. 178058)
Eric Ball (State Bar No. 241327)
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
abridges@fenwick.com
jwakefield@fenwick.com
eball@fenwick.com

Attorneys for Defendants
DRIVEWAY SOFTWARE CORPORATION,
JAKE DINER a/k/a YAKOV DINER, and
IGOR KATSMAN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, | Case No. 5:15-cv-04209-NC |
| Plaintiff, | **STIPULATED REQUEST FOR DISMISSAL PURSUANT TO SETTLEMENT AGREEMENT** AND ORDER |
| v. | Judge: Hon. Nathanael M. Cousins |
| DRIVEWAY SOFTWARE CORPORATION, a Delaware Corporation; JAKE DINER a/k/a YAKOV DINER, an individual; IGOR KATSMAN, an individual; and DOES 1 through 20, inclusive. | Complaint Filed: Sept. 15, 2015 |
| Defendants. | |

1  IT IS HEREBY STIPULATED AND AGREED by and among the parties, through
2 counsel listed below, that the captioned matter be dismissed with prejudice, with each party to
3 bear its own costs and fees.

5 DATED:  May 10, 2016                **BALLARD SPAHR LLP**

6                                                                 By:   */s/ Peter L. Haviland*
7                                                                          Peter L. Haviland

8                                                                 Attorneys for Plaintiff
                                                                  ALLSTATE INSURANCE COMPANY

10 DATED:  May 10, 2016                **FENWICK & WEST LLP**

11                                                               By:   */s/ Eric Ball*
                                                                           Eric Ball

13                                                               Attorneys for Defendants
                                                                 DRIVEWAY SOFTWARE CORPORATION,
14                                                               JAKE DINER, and IGOR KATSMAN

15                                                               The filer of this document attests that concurrence in
16                                                               the filing of the document has been obtained from
                                                                 each of the other Signatories which shall serve in lieu
17                                                               of their signatures on the document.

18 **IT IS SO ORDERED.**

20 _____
21 Hon. Nathanael M. Cousins



GRANTED
Judge Nathanael M. Cousins

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4400

2
STIPULATED REQUEST FOR DISMISSAL PURSUANT TO SETTLEMENT AGREEMENT        CASE NO. 5:15-CV-04209-NC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of May 2016, I electronically filed a true and correct copy of the foregoing **STIPULATED REQUEST FOR DISMISSAL PURSUANT TO SETTLEMENT AGREEMENT** with the Clerk of the Court using the CM/ECF system, which will cause same to be served on all parties through their counsel of record.

/s/ *Scott S. Humphreys*
Scott S. Humphreys